FILED
JUN 10 2026
Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:26-CR- 136 |
| | § | Judge MJT/ZH |
| JUNAID KALAIR | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 2422(b)
(Coercion and Enticement of a Minor)

Between on or about October 2023, and on or about May 26, 2026, in the Eastern District of Texas and elsewhere, **Junaid Kalair**, defendant, did use any facility of interstate and foreign commerce, to knowingly persuade, induce, entice, and coerce any individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with an offense. Specifically, the defendant, **Junaid Kalair**, used a social media and messaging application, the internet, and a digital device, to persuade, induce, entice, and coerce Victim 1, a minor known to the Grand Jury, to engage in illegal sexual conduct, including the production of child pornography, in violation of 18 U.S.C. § 2251(a), Sexual exploitation of children.

In violation of 18 U.S.C. § 2422(b).

## Count Two

Violation: 18 U.S.C. §§ 2251(a) (Sexual Exploitation of Children a/k/a Production of Child Pornography)

On or about January 22, 2025, in the Eastern District of Texas and elsewhere, defendant, **Junaid Kalair**, did employ, use, persuade, induce, entice, and coerce any minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce; that such visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and that such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce. Specifically, the defendant, **Junaid Kalair**, did employ, use, persuade, induce, entice, and coerce Victim 1, a minor known to the Grand Jury, to engage in sexually explicit conduct, that is to engage in masturbation and lascivious exhibition of the genitals, for the purpose of producing a visual depiction of such conduct, using a social media and messaging application, the internet, and a digital device.

In violation of 18 U.S.C. §§ 2251(a) and (e).

## Count Three

Violation: 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1)(Receipt of Child Pornography)

Between on or about January 2025, and on or about the May 12, 2025, in the Eastern District of Texas and elsewhere, the defendant, **Junaid Kalair,** did knowingly receive any child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped and transported using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer. Specifically, the defendant, **Junaid Kalair**, used a social media and messaging application, the internet, and a digital device, to receive files of a minor engaged in sexually explicit conduct and the lewd and lascivious exhibition of the genitals of the minor, as defined in 18 U.S.C. § 2256, including the following described images:

| **File Name:** | **Description:** |
|---|---|
| 7f40549534487712d074deb12bd24b77 [Redacted]4b77 | An image depicting a pubescent minor female fully nude wearing bondage straps around her waist and extending to her upper thighs emphasizing her genitals. The minor female also has black tape in the shape of an "X" covering the nipple of her exposed breast. The image is taken from a low location looking up making the focus of the image the minor female's genitals, stomach, and breast. |
| File1 (May 12, 2025) | An image depicting a pubescent minor female lying with her legs spread exposing her genitals with her fingers touching her genitals. |

In violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Upon conviction of the offense alleged in this Indictment, the defendant, **Junaid Kalair**, shall forfeit to the United States his interest in the following property, including, but not limited to:

- Apple iPhone 14 Pro, bearing serial number J77DJYHY03

This property is forfeitable pursuant to 18 U.S.C. §§ 2428(a)(1) and 2428(b)(1)(A) based upon the property being:

(1) any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of a violation of 18 U.S.C. § 2422(b);

By virtue of the commission of the offense alleged in this Indictment, any and all interest the defendant has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. §§ 2428(a)(1) and 2428(b)(1)(A), and 28 U.S.C. § 2461(c).

A TRUE BILL

GRAND JURY FOREPERSON

JAY R. COMBS
UNITED STATES ATTORNEY

Calli Bailey
CALLI BAILEY
Assistant United States Attorney
Eastern District of Texas

Date: 6/10/2026

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:26-CR- |
| | § | Judge |
| JUNAID KALAIR | § | |

**NOTICE OF PENALTY**

**Count One**

Violation: 18 U.S.C. § 2422(b)

Penalty: Imprisonment for not less than ten years and not more than life; a fine of not more than $250,000; and a term of supervised release of not less than five years to life.

Special Assessment: $ 100.00

JVTA Assessment: $ 5,000.00

**Count Two**

Violation: 18 U.S.C. §§ 2251(a) and (e)

Penalty: Imprisonment for not less than 15 years and not more than 30 years; if the defendant has a prior conviction under this chapter, section 1591, chapter 71, chapter 109A, chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or sex trafficking of children, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography or sex trafficking of children, such person shall be imprisoned for not less than 25 years and not more than 50 years; if the defendant has two or more convictions under this chapter, section 1591, chapter 71, chapter 109A, chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State

relating to the sexual exploitation of children, such person shall be imprisoned for not less than 35 years and not more than life; a fine of not more than $250,000; and a term of supervised release of not less than five years to life.

Special Assessment: $ 100.00

JVTA Assessment: $ 5,000.00

**Count Three**

Violation: 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1)

Penalty: Imprisonment for not less than five years and not more than twenty years; but if the defendant has a prior conviction under this chapter, section 1591, chapter 71, chapter 109A, chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography or sex trafficking of children, such person shall be imprisoned for not less than fifteen years and not more than forty years; a fine of not more than $250,000; and a term of supervised release of not less than five years to life.

Special Assessment: $100.00

JVTA Assessment: $ 5,000.00